O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6767 AHM (JCx) | Date | June 11, 2009 |
|---|---|---|---|
| Title | NICHOLAS T. HARITON, et al. v. CHASE AUTO FINANCE CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     In the interest of justice, the Court accepts the Third Amended Complaint that was filed on June 3, 2009, because Plaintiffs' counsel attempted to file it timely on June 1, 2009. The Court therefore declines to enter the proposed judgment that defendants lodged.

                                                                                                                          :

Initials of Preparer     se