Eric J. Hardeman (SBN 253489)
ejhardeman@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS T. HARITON and LINDA HARITON,<br><br>             Plaintiffs,<br><br>      v.<br><br>CHASE AUTO FINANCE CORP., dba Chase Manhattan Automotive Finance Corporation; EXPERIAN SERVICES CROP (formerly Doe 1); and DOES 2 to 25, inclusive,,<br><br>             Defendants. | Case No. CV-08-6767 AHM (JCx)<br><br>ORDER MODIFYING AND GRANTING MODIFIED STIPULATION FOR PROTECTIVE ORDER |

## **ORDER**

Having considered the Stipulation for Protective Order between Plaintiffs Nicholas T. Hariton and Linda Hariton, Defendant Experian Information Solutions, Inc., and Defendant Chase Auto Finance Corp., and good cause appearing, the parties' Stipulation for Protective Order is hereby modified as set forth below and granted as modified.

1. Paragraph 2f is modified to read as follows:  Disclosure of documents designated as "Confidential" or "Confidential – Attorney's Eyes Only"

may not be made to anyone other than the parties, their employees, the Court, and the Court's officers/representatives unless, prior to disclosure, the intended recipient (a) is advised of the confidential nature of such documents; (b) reads the Stipulation for Protective Order and the Order Modifying and Granting Modified Stipulation for Protective Order; and (c) agrees in writing (i) not to disseminate or disclose such documents to any person other than those described above in Paragraphs 2(d) and 2(e), and for the purposes specified; (ii) not to make any other use of such documents; (iii) to be bound by the terms of the Stipulated Protective Order and the Order Modifying and Granting Modified Stipulation for Protective Order; and (d) signs the attached Declaration of Compliance.

2.  The second sentence of paragraph 4 is modified to read as follows: The parties agree not to offer as evidence with respect to any issue in this action: (a) the entry of the Stipulation for Protective Order and the Order Modifying and Granting Modified Stipulation for Protective Order; or (b) the designation of, or the failure to designate any information, document, or the like as "Confidential" or "Confidential – Attorney's Eyes Only."

3. Paragraph 5 is modified to add the following sentencing to the end of the paragraph: This paragraph does not apply to documents filed or otherwise submitted to the Court or its officers/representatives.

4. The form Declaration of Compliance attached to the Stipulated Protective Order is modified to insert "and Order Modifying and Granting Modified Stipulation for Protective Order" after "Stipulated Protective Order" in paragraphs 4-10.

DATED: October 2, 2009

/s/
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE