O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6767 AHM (JCx) | Date | March 30, 2010 |
|---|---|---|---|
| Title | NICHOLAS T. HARITON, et al. v. CHASE AUTO FINANCE CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On March 5, 2010, Plaintiffs Nicholas and Linda Hariton (collectively, "Plaintiffs") filed a "request" to dismiss Plaintiff Linda Hariton.[1]  Defendants had previously notified the Court and Plaintiffs of their intention to file a motion for Rule 11 sanctions on March 5, 2010, on the ground that Linda Hariton's claims have no basis in fact.  (*See* Docket No. 79 at 5.)  Defendants do not object to the dismissal of Linda Hariton, but argue that such dismissal should be with prejudice.  The Court agrees.  Accordingly, the claims asserted by and on behalf of Plaintiff Linda Hariton are DISMISSED with prejudice.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

:
Initials of Preparer        SMO

---

[1] Docket No. 83.