GEORGE G. WEICKHARDT (SBN 58586)
Email: gweickhardt@rmkb.com
WENDY C. KROG (SBN 257010)
Email: wkrog@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

Attorneys for Defendant
CHASE AUTO FINANCE CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS T. HARITON and LINDA HARITON, <br><br> Plaintiffs, <br><br> v. <br><br> CHASE AUTO FINANCE CORP., dba Chase Manhattan Automotive Finance Corporation; AUTO STIEGLER ENTERPRISES, INC.; and DOES 1 to 50, inclusive, <br><br> Defendants. | CASE NO. CV08-06767 AHM (JCx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order granting defendant Chase Auto Finance Corp.'s motion for summary judgment against plaintiff Nicholas Hariton with prejudice and pursuant to the Court's previous dismissal of plaintiff Linda Hariton, with prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of defendant Chase Auto Finance Corp. and against plaintiffs Nicholas Hariton and Linda Hariton; and

2. Defendant Chase Auto Finance Corp. shall recover its taxable costs.

Date: August 12, 2010

*[signature]*

---
THE HON. A. HOWARD MATZ
United States District Judge